

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00665-CV

Alison **MAYNARD** and Richard Carlisle,
Appellants

v.

William R. **LUCERO** and Jacob Vos,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-11772
Honorable Tina Torres, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's judgment granting the special appearance and dismissing the claims against William R. Lucero and Jacob Vos is AFFIRMED.

It is ORDERED that Appellees William R. Lucero and Jacob Vos recover their costs on appeal from Appellants Alison Maynard and Richard Carlisle.

All pending motions are DENIED.

SIGNED April 2, 2025.

_____
Adrian A. Spears II, Justice